I find no motion to strike the affidavit of Erskin D. Ward, Jr., and no objection based on the contention that that affidavit violates Ala. Code 1975, § 12-21-163. McMillian v.Wallis, 567 So.2d 1199, 1205 (Ala. 1990). I find no substantial evidence of "active interference or undue activity" by a beneficiary in procuring the execution of the will, except in the affidavit of Ward. Arrington v. Working Woman's Home,368 So.2d 851 (Ala. 1979); Jackson v. Davis, 398 So.2d 242 (Ala. 1981); Pruitt v. Pruitt, 343 So.2d 495 (Ala. 1976); Windham v.Pope, 474 So.2d 1075 (Ala. 1985).